# PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

+1.212.262.6900
+1.212.977.1649
PerkinsCoie.com

John T. Dixon
JohnDixon@perkinscoie.com
D. +1.212.261.6844
F. +1.212.399.8005

February 13, 2020

FEB 1 4 2020

Hon. Alison J. Nathan
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Guglielmo v. NAPCO, Inc.*, No. 1:20-cv-00526-AJN

Dear Judge Nathan:

We represent Defendant NAPCO, Inc. ("NAPCO") in the above-referenced matter. NAPCO respectfully requests a 30-day extension of time to answer or otherwise respond to the putative class action complaint until March 25, 2020. NAPCO has recently retained this firm as its New York counsel and thus requests additional time to prepare its response. The current deadline to respond to the complaint is February 24, 2020. This is NAPCO's first request for an extension of time to answer or otherwise respond to the complaint. No other scheduled dates will be affected should the Court grant this request. Counsel for Plaintiff consents to this extension request.

SO ORDERED

Respectfully,

/s/ John T. Dixon
John T. Dixon

Cc: David Paul Force, Counsel for Plaintiff Joseph Guglielmo (via ECF)

SO ORDERED: 2/13/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE