**PerkinsCoie**

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711  

T. +1.212.262.6900  
F. +1.212.977.1649  
PerkinsCoie.com



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 3/19/2020

John T. Dixon  
JohnDixon@perkinscoie.com  
D. +1.212.261.6844  
F. +1.212.399.8005

March 18, 2020

Hon. Alison J. Nathan  
U.S. District Court for the Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re:   *Guglielmo v. NAPCO, Inc.*, No. 1:20-cv-00526-AJN

Dear Judge Nathan:

We represent Defendant NAPCO, Inc. ("NAPCO") in the above-referenced matter. NAPCO respectfully requests a 14-day extension of time to answer or otherwise respond to the putative class action complaint until April 8, 2020. The current deadline to respond to the complaint is March 25, 2020. This is NAPCO's second request for an extension of time to answer or otherwise respond to the complaint; the first request for a 30-day extension was granted on February 14, 2020. Dkt. No. 7. No other scheduled dates will be affected should the Court grant this request. NAPCO respectfully requests an extension to afford it additional time to focus resources on updating its website to improve accessibility for blind or visually-impaired persons (among the remedial relief requested in the complaint) and other pressing short-term matters for the company and, upon completion of that work, to continue to explore resolution of this matter without further involvement of the Court. Counsel for Plaintiff does not consent to this extension request for reasons relating to those settlement discussions.

Respectfully,

/s/ John T. Dixon  
_____

John T. Dixon

Cc: David Paul Force, Counsel for Plaintiff Joseph Guglielmo (via ECF)

---

Defendant's request is hereby GRANTED.  The deadline to answer or otherwise respond to the Complaint is extended to April 8, 2020.  
SO ORDERED.

---

SO ORDERED.   3/19/20

*[signature]*

Alison J. Nathan, U.S.D.J.

Perkins Coie LLP